NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

PROST, Circuit Judge.

ORDER

Freescale Semiconductor, Inc. and ATI Technologies, ULC (Freescale) petition for panel rehearing and rehearing en banc of the court's September 8, 2009 order denying their motion for a stay, pending appeal, of the limited exclusion order and cease and desist order issued by the United States International Trade Commission on May 20, 2009. The Commission and Tessera, Inc. each oppose. Freescale replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied. The petition for rehearing en banc will be circulated to the court.

FOR THE COURT

OCT 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul D. Clement, Esq.
Morgan Chu, Esq.
Megan M. Valentine, Esq.
Carter G. Phillips, Esq.
Kenneth R. Adamo, Esq.
Stephen B. Kinnaird, Esq.
Michael J. Bettinger, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 3 2009

JAN HORBALY
CLERK

s17

2009-1460 et al.                    2